Pasquale v Pasquale (2024 NY Slip Op 05985)

Pasquale v Pasquale

2024 NY Slip Op 05985

Decided on November 27, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
DEBORAH A. DOWLING
CARL J. LANDICINO, JJ.

2021-07067
 (Index No. 445/90)

[*1]Susan B. Pasquale, respondent,
v
Steven Joseph Pasquale, appellant.

Fabricant Lipman & Frishberg, PLLC, Goshen, NY (Neal D. Frishberg of counsel), for appellant.

DECISION & ORDER
In an matrimonial action in which the parties were divorced by judgment entered May 21, 1990, the defendant appeals from an order of the Supreme Court, Orange County (Robert A. Onofry, J.), dated August 30, 2021. The order denied the defendant's motion to fix the amount of an undertaking for a stay pursuant to CPLR 5519(a)(3) and vacated any automatic stay that would be imposed by the posting of an undertaking.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
As set forth in our decision and order on related appeals (see Pasquale v Pasquale, ___AD3d ___ [Appellate Division Docket No. 2021-04046; decided herewith]), in an order dated May 6, 2021, the Supreme Court properly granted the plaintiff's motion for the issuance of an amended domestic relations order and the entry of a money judgment. Under these circumstances, the defendant's appeal from the order dated August 30, 2021, which denied his motion to fix the amount of an undertaking for a stay pursuant to CPLR 5519(a)(3) in connection with the related appeals, and which vacated any automatic stay that would be imposed by the posting of an undertaking, has been rendered academic (see CPLR 5519[a][3]; [c]; Matter of Park Knoll Owners, Inc. v Park Knoll Assoc., 175 AD3d 1410).
DUFFY, J.P., MILLER, DOWLING and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court